**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

Criminal No.  13-CR-00287-MSK-DW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1.  NATHANIEL LEE TAYLOR,

Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Pursuant to the Notice of Disposition and Motion Requesting Change of Plea Hearing filed on September 19, 2013,

**IT IS HEREBY ORDERED**  that the hearing on pretrial motions scheduled for September 26, 2013 at 3:00 p.m. is **VACATED** and a Change of Plea Hearing is scheduled before the Magistrate Judge on September 25, 2013 at 10:00 a.m. in Durango, Colorado, conditional on the parties consenting to the Magistrate Judge conducting the Change of Plea Hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

**DATED: September 19, 2013.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**

1