IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 13-CR-00287-MSK-DW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. NATHANIEL LEE TAYLOR,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that the Change of Plea Hearing previously scheduled for September 25, 2013 at 10:00 a.m. is **VACATED and RESCHEDULED to October 7, 2013 at 3:00 p.m.**

DATED: September 23, 2013.

                                              BY THE COURT:

                                              s/David L. West
                                              United States Magistrate Judge